# EXHIBIT C

Pinnacle Fund Administration LLC

**Invoice**

15720 John J. Delaney Drive
Suite 206
Charlotte NC 28277

| Date | Invoice # |
|---|---|
| 10/14/2013 | 5301 |

| Bill To |
|---|
| Soundview Elite Ltd. |
| c/o dms Corporate Services Ltd., |
| P.O.Box 1344, dms House, |
| 20 Genesis Close, Grand Cayman, |
| KY1-1108, Cayman Islands |

| Description | Amount |
|---|---|
| Administration fees for conversion/setup/backfill/intermediary/re-registration and investor relations work to pre-petition date at the agreed rate for the following entities: | |
| | |
| Soundview Elite Ltd. | 10,900.00 |
| Soundview Premium Ltd. | 10,900.00 |
| Soundview Star Ltd. | 10,900.00 |
| Elite Designated | 10,900.00 |
| Star Designated | 10,900.00 |
| Premium Designated | 10,900.00 |
| Please remit the invoice total to: | |
| | |
| Bank of America, N.A. | |
| ABA number: 026009593 | |
| For credit to: Pinnacle Fund Administration LLC | |
| Account number: 237006251040 | |
| Reference: Invoice number 5235 | |

| We appreciate your prompt payment. | **Total** | $65,400.00 |
|---|---|---|

# Invoice

Pinnacle Fund Administration LLC

15720 John J. Delaney Drive
Suite 206
Charlotte NC 28277

| Date | Invoice # |
|---|---|
| 10/14/2013 | 5302 |

| Bill To |
|---|
| Soundview Elite Ltd.<br>c/o dms Corporate Services Ltd.,<br>P.O.Box 1344, dms House,<br>20 Genesis Close, Grand Cayman,<br>KY1-1108, Cayman Islands |

| Description | Amount |
|---|---:|
| Fee quote for the provision of post-petition administrative services for the following entities: | |
| | |
| Soundview Elite Ltd. | 50,000.00 |
| Soundview Premium Ltd. | 50,000.00 |
| Soundview Star Ltd. | 50,000.00 |
| Elite Designated | 30,000.00 |
| Star Designated | 30,000.00 |
| Premium Designated | 30,000.00 |
| | |
| Please note that the above fee quote is to be considered a retainer for work to be performed post-petition. Actual fees may be greater than the above, but will not be less than the fees quoted above. Pinnacle Fund Administration LLC will not perform any post-ptetition work until the above amount is paid in full to the bank account details as shown.<br><br>Please remit the invoice total to:<br><br>Bank of America, N.A.<br>ABA number: 026009593<br>For credit to: Pinnacle Fund Administration LLC<br>Account number: 237006251040<br>Reference: Invoice number 5235 | |
| We appreciate your prompt payment. | **Total** $240,000.00 |