# EXHIBIT D



PINNACLE FUND ADMINISTRATION LLC

15720 John J. Delaney Drive, Suite 206, Charlotte, NC 28277
PH 704 752 8996    Fax 704 752 8997

PINNACLE
FUND ADMINISTRATION LLC

October 22, 2013

**Contract Amendment – Pinnacle Fund Administration LLC (the "Administrator") and:**

- Soundview Elite Ltd.
- Soundview Premium Ltd.
- Soundview Star Ltd.
- Elite Designated
- Star Designated
- Premium Designated  (collectively the "Funds")

Each of the Funds and Pinnacle hereby agree to revise section 8.3 and Schedule 1 of the Administration Agreements (the "Agreements") between the Administrator and the Funds dated January 1, 2013, as follows:

1.      Section 8.3 of each of the Agreements shall be changed from  "…paid in United States Dollars monthly in arrears…" to "…paid in United States Dollars in advance…".

2.      Schedule 1 – Initial set up/Backfill shall be changed from the "$12,000" fee to a "$50,000" fee for each of Soundview Elite Ltd., Soundview Premium Ltd., and Soundview Star, Ltd, up to date through June 30, 2013, and the "$12,000" fee shall changed to a "$30,000" for each of Elite Designated, Premium Designated and Star Designated, up to date through June 30, 2013.  This would also be inclusive of excess time spent on addressing excessive investor queries while progress is being made as a large portion of the investors in the Funds have policies and procedures that require them to follow up for updates on a bi-weekly basis.

2572045

Agreed to in form and substance:

Pinnacle Fund Administration LLC

By:_____

John P. Kelly, Managing Member


Soundview Elite Ltd., Soundview Premium Ltd., Soundview Star Ltd.,
Elite Designated,  Star Designated and Premium Designated


By:_____

Floyd Saunders, Authorized Signatory

2572045