UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------- x
                             :
    In re                    :    Chapter 11
                             :
Refco Inc., et al.,          :    Case No. 05-60006 (RDD)
                             :
              Debtors.       :    (Jointly Administered)
                             :
---------------------------- x

### AFFIDAVIT OF SERVICE

Please note that, on January 3, 2006, I caused true and correct copies of the following documents to be served by placing the documents in a sealed Federal Express envelope, affixing a pre-paid air bill, and delivering envelopes to a Fed Ex location in Los Angeles, California to the parties listed on the Service List attached hereto as <u>Exhibit A</u>. In the event the address was a P.O. Box, document(s) listed above were placed in a sealed Express Mail envelope, affixed a pre-paid air bill, and placed in the United States mail at Los Angeles, California addressed to the parties listed on the Service List attached hereto as <u>Exhibit A</u>. Attached hereto as <u>Exhibit B</u> represents the parties served via e-mail.

- **First Submission Of Completed Retention Declarations Of Certain Ordinary Course Professionals Under Order Authorizing Debtors To Retain And Compensate Professionals Used In The Ordinary Course Of Business [Docket No. 919]**

Dated: January 16, 2006

_____
Benito Del Real
Omni Management Group
16501 Ventura Boulevard, Suite 440
Encino, California 91436
(818) 906-8300 x 139

[Notary Seal: KERRY A. COMER, Commission # 1491967, Notary Public - California, Los Angeles County, My Comm. Expires May 25, 2008]

Subscribed and sworn to before me
this 16th day of January, 2006

_____
Notary Public

**EXHIBIT A**

DAVIS POLK & WARDWELL
DONALD S. BERNSTEIN/KAREN WAGNER/THOMAS TO
450 LEXINGTON AVENUE
NEW YORK, NY 10017

MILBANK, TWEED, HADLEY & MCCLOY LLP
LUC DESPINS
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

UNITED STATES TRUSTEE
ALICIA LEONHARD
33 WHITEHALL STREET, SUITE 2100
NEW YORK, NY 10004

UNITED STATES TRUSTEE
ANDREW D. VELEZ-RIVERA
33 WHITEHALL STREET, SUITE 2100
NEW YORK, NY 10004

UNITED STATES TRUSTEE
DEIRDRE MARTINI
33 WHITEHALL STREET, SUITE 2100
NEW YORK, NY 10004

UNITED STATES TRUSTEE
HOLLIE ELKINS
33 WHITEHALL STREET, SUITE 2100
NEW YORK, NY 10004

**EXHIBIT B**

| | | |
|---|---|---|
| Alix Partners<br>Eric Simonsen<br>ESimonsen@AlixPartners.com | Davis Polk & Wardwell<br>Donald S. Bernstein/Karen Wagner/Thomas Tormey<br>dpw.refco@dpw.com | Milbank, Tweed, Hadley & McCloy LLP<br>Luc Despins<br>ldespins@milbank.com |
| Milbank, Tweed, Hadley & McCloy LLP<br>Matthew Barr<br>mbarr@milbank.com; | Milbank, Tweed, Hadley & McCloy LLP<br>Susheel Kirpalani<br>skirpalani@milbank.com | Togut, Segal & Segal LLP<br>Dawn L. Person<br>dperson@teamtogut.com |