UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :
                                                            :    Chapter 11
REFCO Inc., et al.,                                         :
                                                            :    Case No. 05-60006 (RDD)
                    Debtors.                                :    (Jointly Administered)
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the **Notice of Appearance and Request for Service of Papers as co-counsel for the Official Committee of Unsecured Creditors**, the **Notice of Motion** and the corresponding **Motion of the Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103(c) and Bankruptcy Rule 2004, Directing Production of Documents By the Underwriters of Refco, Inc**. filed by: Kasowitz, Benson, Torres, and Friedman LLP, enclosed within, were served via Hand Delivery to the parties listed on Service List A on the 2nd day of March, 2006, via First Class Mail to the parties listed on Service List B on the 2nd day of March, 2006, and via E-Mail to the parties listed on Service List C on the 2nd day of March, 2006.

Date: March 2, 2006                           By: /s/ Cara Ciuffani (CC-2272)

                                              KASOWITZ, BENSON, TORRES &
                                                  FRIEDMAN LLP
                                              1633 Broadway
                                              New York, New York 10019
                                              Phone: 212-506-1700
                                              Fax: 212-506-1800

                                              Co-Counsel for Official Committee of
                                                  Unsecured Creditors

## **EXHIBIT A**

**VIA HAND DELIVERY**

The Honorable Robert D. Drain
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

## **EXHIBIT B**

**VIA FIRST CLASS MAIL**

233 SOUTH WACKER, LLC
BARBARA CARLEY
C/O CB RICHARD ELLIS,
233 S. WACKER DRIVE
CHICAGO, IL 60606

CANADIAN IMPERIAL BANK OF
COMMERCE
320 BAY STREET
P.O. BOX 1
TORONTO, CANADA M5H4A6

CARGILL FINANCIAL SERVICES
CORP.
SHAWN MCMERTY
12700 WHITEWATER DRIVE
MINNETONKA, MN 55343-9439

CHASE MANHATTAN
NANCY VITALE
1 CHASE PLAZA
NEW YORK, NY 10081

CHASE MANHATTAN BANK LONDON
9 THOMAS MORE ST.
TRINITY TOWER
LONDON E19Y, ENGLAND

COMMODITIES FUTURES TRADING
COMMISSION
GLYNN L. MAYS
THREE LAFAYETTE CENTRE
1155 21ST STREET, NW
WASHINGTON, DC 20581

DAVIS POLK & WARDWELL
DONALD S. BERNSTEIN
KAREN WAGNER
THOMAS TO
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DUVAL & STACHENFELD LLP
KIRK L. BRETT
300 EAST 42ND STREET
NEW YORK, NY 10017

EUROCLEAR BANK
1 BLVD DV RO1 ALBERT IIB-1210
BRUSSELS, BELGIUM

FIMAX INTERNATIONAL LTD.
J.R. RODRIGUEZ
C/O FINTECHADVISORYLL
375 PARK AVE, STE 3804
NEW YORK, NY 10152

HARRIS TRUST AND SAVINGS BANK
STEVE TURLEY
111 W. MONROE ST
CHICAGO, IL 60603

HOLLAND & KNIGHT LLP
ARTHUR E. ROSENBERG
SANDRA MAYERSON
195 BROADWAY
NEW YORK, NY 10007

INTERNAL REVENUE SERVICE
INSOLVENCY DEPARTMENT
290 BROADWAY, 5TH FLOOR
NEW YORK, NY 10007

JP MORGAN CHASE BANK
4 NEW YORK PLAZA, 1ST FLOOR
NEW YORK, NY 10004

MARKWOOD INVESTMENTS
VIALOVANIO, #19
ROME 00198, ITALY

MARKWOOD INVESTMENTS
C/O SSG CAPITAL ADVISOR
ARTURO FRIERI
FIVE TOWER BRIDGE
300 BAR HARBOR DRIVE, SUITE 420
WEST CONSHOHOCKEN, PA 19428

MILBANK, TWEED, HADLEY &
MCCLOY LLP
LUC DESPINS
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MISSOURI DEPT. OF REVENUE
BANKRUPTCY UNIT
PHYLLIS SCHAUFFLER
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475

NATIONAL ASSOCIATION OF
SECURITIES DEALERS
HANS REICH, REGIONAL DIRECTOR
ONE LIBERTY PLAZA
NEW YORK, NY 10006

NATIONAL FUTURES ASSOCIATION
THOMAS SEXTON
200 W. MADISON ST., #1600
CHICAGO, IL 60606-3447

OFFICE OF NEW YORK STATE
ATTORNEY GENERAL
ATTORNEY GENERAL ELIOT SPITZER
120 BROADWAY
NEW YORK, NY 10271

PERETORE & PERETORE PC
FRANK PERETORE
191 WOODPORT ROAD
SPARTA, NJ 07871

PREMIER TRUST CUSTODY
DEIGO ENRIQUE
LEPAGE GIMON
ABRAHAM DE VEERSTRAAT 7-A
CURACAO, NETHERLANDS ANTILLES

ROBINSON BROG LEINWAND GREENE
GENOVESE
CHRISTINE H. BLACK
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

SECURITIES AND EXCHANGE
COMMISSION
MARK SCHONFELD, REGIONAL
DIRECTOR
3 WORLD FINANCIAL CENTER,
ROOM 4300
NEW YORK, NY 10281

SHALOV STONE & BONNER LLP
RALPH M. STONE
485 SEVENTH AVE., STE 1000
NEW YORK, NY 10018

STANDARD CHARTERED BANK
1 MADISON AVENUE
NEW YORK, NY 10010

SUGAR, FRIEDBERG & FELSENTHAL
LLP
PAULA JACOBI
30 NORTH LA SALLE STREET,
STE 3000
CHICAGO, IL 60602

U.S. ATTORNEY'S OFFICE, SDNY
86 CHAMBERS STREET
NEW YORK, NY 10007

UNITED STATES TRUSTEE
ALICIA LEONHARD
33 WHITEHALL STREET, SUITE 2100
NEW YORK, NY 10004

| | |
|---|---|
| UNITED STATES TRUSTEE<br>ANDREW D. VELEZ-RIVERA<br>33 WHITEHALL STREET, SUITE 2100<br>NEW YORK, NY 10004 | UNITED STATES TRUSTEE<br>HOLLIE ELKINS<br>33 WHITEHALL STREET, SUITE 2100<br>NEW YORK, NY 10004 |
| UNITED STATES TRUSTEE<br>DEIRDRE MARTINI<br>33 WHITEHALL STREET, SUITE 2100<br>NEW YORK, NY 10004 | WELLS FARGO CORPORATE TRUST SERVICES<br>JULIE J. BECKER<br>MACN9303-120<br>SIXTH & MARQUETTE<br>MINNEAPOLIS, MN 55497 |

# EXHIBIT C

**VIA E-MAIL**

Akin Gump Strauss Hauer & Feld LLP
Fred S. Hodara
fhodara@akingump.com

Akin Gump Strauss Hauer & Feld LLP
H. ReyStroubelll
rstroube@akingump.com

Akin Gump Strauss Hauer & Feld LLP
Richard M. Rosenfeld
rrosenfeld@akingump.com

Akin Gump Strauss Hauer & Feld LLP
Robert A. Johnson
RAJohnson@AkinGump.com

Akin Gump Strauss Hauer & Feld LLP
Sean E. O'Donnell
sodonnell@akingump.com;

Allen & Overy LLP
Daniel J. Guyder
daniel.guyder@newyork.allenovery.com

Allen & Overy LLP
Ken Coleman
ken.coleman@allenovery.com

Alston & Bird LLP
Dennis Connolly
DConnolly@alston.com

Alston & Bird LLP
Jason Watson
jwatson@alston.com

Alston & Bird LLP
Timothy P. Selby
TSelby@alston.com

Alston & Bird LLP
Will Sugden
WSugden@alston.com

Angel & Frankel, PC
Laurence May
lmay@coleschotz.com

Angelo, Gordon & Co.
Jed A. Hart
jhart@angelogordon.com

Anrold & Porter LLP
Michael J. Canning
michael_canning@aporter.com

Arnold & Porter LLP
Stewart D. Aaron
stewart_aaron@aporter.com

Backenroth, Frankel & Krinsky, LLP
Mark A. Frankel
mfrankel@bfklaw.com

Baker & McKenzie LLP
Christine Baur
christine.e.baur@bakernet.com

Baker Botts L.L.P.
Jay L. Alexander
jay.alexander@bakerbotts.com

Baker Botts L.L.P.
Judith W. Ross
judith.ross@bakerbotts.com

Baker Botts L.L.P.
Thomas Trowbirdge III
thomas.trowbridge@bakerbotts.com

Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
Randal S. Mashburn
businessbknash@bakerdonelson.com

6

Ballery Holdings
Fernando Balzaretti Kriete
fbalzaretti@idc.com.gt

Banco Reformador SA
Fernando Balzaretti Kriete
fbalzaretti@idc.com.gt

Bear, Stearns & Co. Inc.
Mitchell Sussman
MSussman@bear.com

Bear, Stearns & Co. Inc.
Noah Charney
ncharney@bear.com

Betancourt, Van Hemmen, Greco & Kenyon
John Greco
jgreco@bvgklaw.com

Bilston International Inc.
Fernando Balzaretti Kriete
fbalzaretti@idc.com.gt

Bingham McCutchen LLP
Helder Pereira
helder.pereira@bingham.com

Bingham McCutchen LLP
Joseph Basile
joe.basile@bingham.com

Bingham McCutchen LLP
Michael J. Reilly
michael.reilly@bingham.com

Bingham McCutchen LLP
Pat Wright
pat.wright@bingham.com

Bingham McCutchen LLP
Timothy B. DeSieno
tim.desieno@bingham.com

Brown Rudnick
Andrew Dash
adash@brownrudnick.com

Brown Rudnick
Bill Baldiga
wbaldiga@brownrudnick.com

Brown Rudnick
Catherine Ng
cng@brownnjdnick.com

Brown Rudnick
Ed Weisfelner
eweisfelner@brownrudnick.com

Brown Rudnick
Madeleine Tan
mtan@brownrudnick.com

Brown Rudnick
Njoki Williams
nwilliams@brownrudnick.com

Brown Rudnick
Robert Stark
rstark@brownrudnick.com

Bryan Cave LLP
Walter H. Curchack
whcurchack@bryancave.com

Cadwalader, Wickersham & Taft LLP
Doreen Cusumano
doreen.cusumano@cwt.com

Buchalter Nemer, A Professional Corp.
Geoffrey A. Heaton
gheaton@buchalter.com

Cadwalader, Wickersham & Taft LLP
Howard R. Hawkins, Jr.
howard.hawkins@cwt.com

7

Buchalter Nemer, A Professional Corp.
Shawn Christianson
schristianson@buchalter.com

Capital Management Advisors North
America, Inc
Andrew Steinvurzel
asteinvurzel@ny.cm-advisors.com

Cargill, Inc.
Linda L. Cutler
linda_cutler@cargill.com

Cerberus Capital Management, L.P.
Marc Millerman
mmillman@cerberuscalifornia.com

Cerberus Capital Management, L.P.
Seth P. Plattus
SPIattus@cerberuscapital.com

Chadbourne & Parke LLP
Andrew P. Brozman
abrozman@chadbourne.com

Charles E. Boulbol, P.C.
Charles E. Boulbol
rtrack@msn.com

Chadbourne & Parke LLP
Jennifer DeMarco
jdemarco@chadbourne.com

Chesapeake Partners
Louis A. Sarkes, Jr.
lsarkes@chespartners.com

Chadbourne & Parke LLP
jma@chadbourne.com

Chicago Mercantile Exchange
Kathleen Cronin
Kcronin@cme.com

Cleary Gottlieb
Neil P. Forrest
nforrest@cgsh.com

Cleary Gottlieb Steen & Hamilton LLP
Thomas J. Moloney
tmoloney@cgsh .com

Clifford Chance US LLP
David Yeres
david.yeres@cliffordchance.com

Cole, Schotz, Meisel, Forman & Leonard,
P.A.
Joshua J. Angel
jangel@coleschotz.com

Cole, Schotz, Meisel, Forman & Leonard,
P.A.
Seth Kornbluth
skornbluth@coleschotz.com

Commodities Futures Trading Commission
Glynn L. Mays
gmays@cftc.gov

Commodities Futures Trading Commission
Julian E. Hammar
jhammar@cftc.gov;

Contrarian Capital Management, L.L.C.
Mark Lee
mlee@contrariancapital.com

Conyers Dill & Pearman
Nirunda Hardin
nkhargun@cdp.bm

Conyers Dill & Pearman
Robin J Mayor
rjmayor@cdp.bm;

Crowell & Moring LLP
Mark D. Plevin
mplevin@crowell.com

8

Curtis, Mallet-Prevost, Colt & Mosle LLP
D. Karp
dkarp@cm-p.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Jerrold L. Bregman
jbregman@cm-p.com

Davis Polk & Wardwell
Donald S. Bernstein
Karen Wagner
Thomas Tormey
dpw.refco@dpw.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Steven Reisman
sreisman@cm-p.com

De La Pena & Associates PA
S. Peters
speters@dlp-law.com

Davidson Kempner Capital Management, LLC
Conor Bastable
cbastable@dkpartners.com

De La Pena & Associates PA
Tracy Perez
tperez@dlp-law.com

Dechert LLP
David McGrail
david.mcgrail@dechert.com

Dechert LLP
Gary J. Mennitt
gary.mennitt@dechert.com

Dechert LLP
Joel Levitan
joel.levitan@dechert.com

Deutsche Bank
C.J. Lanktree
charles.j.lanktree@db.com

Deutsche Bank
Chad Valerio
chad.valerio@db.com

Dewey Ballantine LLP
Irena M. Goldstein
igoldstein@dbllp.com

Dickstein, Shapiro, Morin & Oshinsky LLP
Daniel Litt
littd@dsmo.com

Dickstein, Shapiro, Morin & Oshinsky LLP
Janet Fallon
fallonj@dsmo.com

Elliott Associates, L.P.
Jim Freeman
jfreeman@elliottmgmt.com

Elliott Associates, L.P.
Mark Cicirelli
mcicirelli@elliottmgmt.com

Emmet, Marvin & Martin, LLP
Anna Karpman
akarpman@emmetmarvin.com

Entwistle & Cappucci LLP
Andrew J. Entwistle
aentwistle@entwistle-law.com

Entwistle & Cappucci LLP
Arthur V. Nealon
anealon@entwistle-law.com

Entwistle & Cappucci LLP
Harold F. McGtire
hmcguire@entwistle-law.com

Entwistle & Cappucci LLP
Helen Chung
hchung@entwistle-law.com

Entwistle & Cappucci LLP
MBernard
mbernard@entwistle-law.com

Entwistle & Cappucci LLP
Tara DiLuca
tdiluca@entwistle-law.com

Faegre & Benson LLP
James P. Stephenson
jstephenson@faegre.com

Faegre & Benson LLP
Stephen M. Mertz
smertz@faegre.com

Faegre & Benson LLP
Susan Carlson
scarlson@faegre.com;

Farrell Fritz, P.C.
Kristina M. Wesch
kwesch@farrellfritz.com

Farrell Fritz, P.C.
Louis A. Scarcella
lscarcella@farrellfritz.com

Fischer Porter & Thomas, PC
Arthur Scott Porter
aporter@fpmtlaw.com

Fischer Porter & Thomas, PC
Matthew A. Zaolino
mzaolino@fpmtlaw.com

Foley & Lardner LLP
Frank DiCastri
fdicastri@foley.com

Foley & Lardner LLP
Jill L. Murch
jmurch@foley.com

Foley & Lardner LLP
Jonathan E. Aberman
jaberman@foley.com

Foley & Lardner LLP
Michael M. Conway
mconway@foley.com

Foley & Lardner LLP
Peter N. Wang
pwang@foley.com

Foley & Lardner LLP
Todd C. Norbitz
tnorbitz@foley.com

Foley & Lardner LLP
Geoffrey Goodman
ggoodman@foley.com

Foley & Lardner LLP
Scott Early
searly@foley.com

Foley & Lardner LLP
Robert Scher
rscher@foley.com

Fox Horan & Camerini LLP
Kathleen Kundar
kmkundar@foxlex.com

Foley & Lardner LLP
Salvatore Barbatano
sbarbatano@foley.com

Fried Frank Harris Shriver & Jacobson LLP
Gary Kaplan
kaplaga@friedfrank.com

Fried Frank Harris Shriver & Jacobson LLP
Julia Smolyankiy
smolyju@ffhsj.com

10

Friedman Kaplan Seiler & Adelman LLP
Scott Berman
sberman@fklaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vecchione, PC.
David N. Crapo
dcrapo@gibbonslaw.com

Gibson, Dunn & Crutcher LLP
Jessica Basil
jbasil@gibsondunn.com

Gibson, Dunn & Crutcher LLP
Jonathan M. Landers
jlanders@gibsondunn.com

Goldman, Sachs & Co.
Ricardo Salgado
ricardo.salgado@gs.com

Golenbock Eiseman Assor Bell & Peskoe LLP
Douglas L. Furth
dfurth@golenbock.com

Goulston & Storrs
Douglas B. Rosner
drosner@goulstonstorrs.com;

Goulston & Storrs
Pete Bilowz
pbilowz@goulstonstorrs.com

Greenberg Traurig LLP
Allen Kadish
kadisha@gtlaw.com

Greenberg Traurig LLP
Keith Shapiro
shapirok@gtlaw.com

Greenberg Traurig LLP
Nancy Mitchell
mitchelln@gtlaw.com

Greenberg Traurig LLP
Richard Miller
millerrs@gtlaw.com

Greenberg Traurig LLP
Sherri Morissette
morisettes@gtlaw.com

Greenhill & Co., LLC
Brad Robbins
brobbins@greenhill-co.com;

Greenhill & Co., LLC
Harvey R. Miller
hmiller@greenhill-co.com

GTC Bank, Inc.
Ajose Augusto Toledo
jatoledo@gytcontinental.com.gt

Guard Hill Capital
Patrice Kanada
pkanada@ghcap.com

Guiliani Capital Advisors LLC
Ford R. Phillips
ford.phillips@giulianicap.com

Hahn & Hessen LLP
Mark T. Power, Esq.
mpower@hahnhessen.com

Halperin Battaglia Raicht LLP
Alan Halperin
ahalperin@halperinlaw.net

Halperin Battaglia Raicht LLP
Ethan Ganc
eganc@halperinlaw.net

Hogan & Hartson LLP
Brian Grieco
bjgrieco@hhlaw.com

11

| | |
|---|---|
| Hogan & Hartson LLP<br>Ira Greene<br>isgreene@hhlaw.com | JP Morgan Chase<br>Gerald Madigan<br>Gerald.Madigan@jpmorgan.com; |
| Hogan & Hartson LLP<br>Scott Golden<br>sagolden@hhlaw.com | JP Morgan Chase<br>Joshua Kramer<br>joshua.kramer@jpmorgan.com |
| Holland + Knight<br>Peter Zisser<br>peter.zisser@hklaw.com | Katten Muchin Rosenman LLP<br>Anthony Paccione<br>anthony.paccione@kattenlaw.com |
| Hughes Hubbard & Reed LLP<br>James W. Giddens<br>giddens@hugheshubbard.com | Katten Muchin Rosenman LLP<br>Jeff Friedman<br>jeff.friedman@kattenlaw.com |
| Hughes Hubbard & Reed LLP<br>Jeffrey S. Margolin<br>margolin@hugheshubbard.com | Katten Muchin Rosenman LLP<br>John Robert Weiss<br>john.weiss@kattenlaw.com |
| Hunton & Williams LLP<br>Jeffery P. Bast<br>jbast@hunton.com | Katten Muchin Rosenman LLP<br>Matthew Parrott<br>M.parrott@kattenlaw.com |
| Hunton & Williams LLP<br>Joseph J. Saltarelli<br>jsaltarelli@hunton.com | Kaye Scholer LLP<br>Arthur Steinberg<br>asteinberg@kayescholer.com |
| IDC<br>Fernando Balzaretti Kriete<br>fbalzaretti@idc.com.gt | Kaye Scholer LLP<br>Corrine Rebhun<br>crebhun@kayescholer.com |
| Inversiones Sacramento SA<br>Fernando Balzaretti Kriete<br>fbalzaretti@idc.com.gt | Kaye Scholer LLP<br>Michael Solow<br>msolow@kayescholer.com |
| Jaffe & Asher LLP<br>Glenn Berger<br>GBerger@jaffeandasher.com | Kirkland & Ellis<br>Adam Gorman<br>agorman@kirkland.com |
| Jenner & Block LLP<br>Melissa Hinds<br>MHinds@jenner.com | Landis Rath & Cobb LLP<br>Jamie L. Edmonson<br>edmonson@lrclaw.com |

05-60006-rdd Doc 1379 Filed 03/02/06 Entered 03/02/06 15:03:26 Main Document

Kaye Scholer LLP
Richard G. Smolev
rsmolev@kayescholer.com

Kirkland & Ellis
Anup Sathy
asathy@kirkland.com

Landis Rath & Cobb LLP
Richard S. Cobb
cobb@lrclaw.com

Keller - Fishback LLP
Daniel Keller
dkeller@kflegal.com

Kirkland & Ellis
Ross M. Kwasteniet
rkwasteniet@kirkland.com

Larry I. Glick, PC
Larry I. Glick
larryglick@erols.com

Latham & Watkins
David Brodsky
david.brodsky@lw.com

Law Offices of Gabriel Del Virginia
Gabriel Del Virginia
gabriel.delvirginia@verizon.net

Law Offices of Lisa M. Solomon
Lisa M. Solomon
lisa.solomon@worldnet.att.net

LeBoeuf, Lamb, Greene & MacRae LLP
Christopher A. Lynch
clynch@llgm.com

LeBoeuf, Lamb, Greene & MacRae LLP
Peter A. Ivanick
pivanick@llgm.com

Leuthold Funds Inc
David Cragg
pdiemer@leutholdgroup.com

Linebarger, Goggan, Blair & Sampson LLP
Elizabeth Weller
dallas.bankruptcy@publicans.com

Linebarger, Goggan, Blair & Sampson LLP
John P. Dillman
houston_bankruptcy@publicans.com

LINKLATERS
Amanda J. Gallagher
amanda.gallagher@linklaters.com

LINKLATERS
Charles Reed
charles.reed@linklaters.com

LINKLATERS
Paul S. Hessler
paul.hessler@linklaters.com

Locke Liddell & Sapp LLP
Elizabeth C. Freeman
efreeman@lockeliddell.com

Locke Liddell & Sapp LLP
Thomas H. Grace
tgrace@lockeliddell.com

Locke Liddell & Sapp LLP
Tracie L. (Jones) Burris
tburris@lockeliddell.com

Loeb & Loeb LLP
Vadim J. Rubinstein
vrubinstein@loeb.com

Loeb & Loeb LLP
Walter H. Curchack
wcurchack@loeb.com

Longacre Management, LLC
Harlan Cherniak
hcherniak@longacrellc.com

Lovells
David C. Capucilli
david.capucilli@lovells.com

MacFarianes
Elaine Bracken
elaine.bracken@macfarlanes.com

McDermott Will & Emery
Abigail Beal
abeal@mwe.com

McDermott Will & Emery
James M. Sullivan
JMSullivan@mwe.com

McDermott Will & Emery
John J. Sullivan
jsullivan@mwe.com

McDermott Will & Emery
Stephen B. Selbst
sselbst@mwe.com

Merrill Lynch
Fan Xing
fan_xing@ml.com

Milbank, Tweed, Hadley & McCloy LLP
Luc Despins
ldespins@milbank.com

Milbank, Tweed, Hadley & McCloy LLP
Matthew Barr
mbarr@milbank.com;

Milbank, Tweed, Hadley & McCloy LLP
Susheel Kirpalani
skirpalani@milbank.com

Miles & Stockbridge P.C.
Brian F. Kenney, Esq.
bkenney@milesstockbridge.com

Missouri Dept. of Revenue, Bankruptcy Unit
Phyllis Schauffler
sdnyecf@dor.mo.gov

Morgan Lewis & Bockius LLP
Andrew Gottfried
agottfried@morganlewis.com

Morgan Lewis & Bockius LLP
Richard S. Toder
rtoder@morganlewis.com

Morgan Lewis & Bockius LLP
William H. Schrag
wschrag@morganlewis.com

Morgan Stanley
Eric VanderMel
Eric.VanderMel@morganstanley.com

Morrison & Foerster LLP
Jason C. Dibattista
jdibattista@mofo.com

Natexis Bleichroeder
Jonathan Seligson
Jonathan.seligson@natexisblr.us

Natexis Bleichroeder
Joshua Laterman
Joshua. laterman@natexisblr.us

National Futures Association
Thomas Sexton
tsexton@nfa.futures.org

Norton & Associates, LLC
Michael E. Norton
mnorton@nortonlawassociates.com

NYMEX  
World Financial Center  
BRegan@NYMEX.com

NYMEX  
World Financial Center  
CBowen@NYMEX.com

Ogihara & Associates, PLLC  
Marianne Dixon  
mdixon@ogiharalaw.com

Ogihara & Associates, PLLC  
Matthew Presseau  
mpresseau@ogiharalaw.com

O'Rouke Katten & Moody  
firm@okmlaw.com

O'Rouke Katten & Moody  
Joel Lipman  
jlipman@okmlaw.com

O'Rouke Katten & Moody  
Michael C. Moody  
mmoody@okmlaw.com

Orrick, Herrington & Sutcliffe LLP  
Alyssa Englund  
aenglund@orrick.com

Orrick, Herrington & Sutcliffe LLP  
Lorraine McGowen  
lmcgowen@orrick.com

Paris Bank; c/o Chapman & Cutler  
Lea Arner  
arner@chapman.com

Patterson, Belknap, Webb & Tyler LLP  
David Dykhouse  
dwdykhouse@pbwt.com

Patterson, Belknap, Webb & Tyler LLP  
Michael Handler  
mhandler@pbwt.com

Patton Boggs LLP  
H. Jefferson Le Force  
jleforce@pattonboggs.com

Patton Boggs LLP  
Robert W. Jones  
rwjones@pattonboggs.com

Peter A. Chapman  
peter@bankrupt.com

Phillips Nizer LLP  
Eric G. Waxman III  
ewaxman@phillipsnizer.com

Phillips Nizer LLP  
Peter Harutunian  
pharutunian@phillipsnizer.com

Pillsbury Winthrop Shaw Pittman LLP  
Karen B. Dine  
karen.dine@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP  
Rick B. Antonoff  
rick.antonoff@pillsburylaw.com

Porter & Hedges  
Rusty Woolley  
TWoolley@porterhedges.com

Proskauer Rose  
Jeffrey W. Levitan  
JLevitan@proskauer.com

Quadrangle Group  
Michael Weinstock  
michael.weinstock@quadranglegroup.com

Quadrangle Group  
Stacey Harris  
stacey.harris@quadranglegroup.com

Quadrangle Group LLC
Chris Santana
chris.santana@quadranglegroup.com

Raaj Shah
rshah@ozcap.com

Reed Smith LLP
Eric Schaffer
eschaffer@reedsmith.com

Reed Smith LLP
Todd Zerega
tzerega@reedsmith.com

Refco Inc.
Audrey Adams
ABIain@refco.com

Refco Inc.
Dennis Klejna
dklejna@refco.com

Ropes & Gray LLP
Alyson Allen
alyson.allen@ropesgray.com

Ropes & Gray LLP
Amy Vanderwal
amy.vanderwal@ropesgray.com

Rosen Slome Marder LLP
Alan Marder
amarder@rsmllp.com

Ross, Dixon & Bell, LLP
Leslie S. Ahari
lahari@rdblaw.com

Ross, Dixon & Bell, LLP
Pamela L. Wahl
pwahl@rdblaw.com

RR Investment Company Ltd.,
Rovida Holdings Limited,
c Rankine McMillan
rankine@londonandamsterdam.com

Schulte, Roth & Zabel LLP
Leslie W. Chervokas
leslie.chervokas@srz.com

Seward & Kissel LLP
John Ashmead
ashmead@sewkis.com

Seward & Kissel LLP
Laurie Binder
binder@sewkis.com

Seyfarth Shaw LLP
Robert W. Dremluk
rdremluk@seyfarth.com

Shearman & Sterling LLP
Fredric Sosnick
FSosnick@Shearman.com

Shearman & Sterling LLP
James L Garrity Jr
JGarrity@Shearman.com

Shearman & Sterling LLP
Jill Frizzley
jfrizzley@shearman.com

Shearman & Sterling LLP
Marc Hankin
MHankin@Shearman.com

Shutts & Bowen LLP
Peter Shapiro
pshapiro@shutts-law.com

Shutts & Bowen LLP
Robert Fracasso
rfracasso@shutts-law.com

16

Sidley Austin Brown & Wood LLP
Benjamin Nagin
bnagin@Sidley.com

Sidley Austin Brown & Wood LLP
Courtney A. Rosen
crosen@Sidley.com

Sidley Austin Brown & Wood LLP
Ellen R. Moring
emoring@sidley.com

Sidley Austin Brown & Wood LLP
Geoffrey Raicht
graicht@Sidley.com

Sidley Austin Brown & Wood LLP
Thomas K. Cauley, Jr.
tcauley@sidley.com

Sidley Austin Brown & Wood LLP
William M. Goldman
wgoldman@Sidley.com

Skadden, Arps, Slate, Meagher & Flom LLP
Andy Alin
aalin@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
David Ingles
dingles@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
Grenville Day
grenday@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
Kim LaMaina
klamaina@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
Steve Brown
ssbrown@skadden.com

Sonnenschein Nath & Rosenthal LLP
Jo Christine Reed; Linda White
lwhite@sonnenschein.com

Squitieri & Fearon, LLP
Stephen Fearon
stephen@sfclasslaw.com

Stroock & Stroock & Lavan LLP
Michael Sage msage@stroock.com

Skadden, Arps, Slate, Meagher & Flom LLP
Denise Kaloudis
dkaloudi@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
James Stanco
jstanco@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
Richard Levin
rlevin@skadden.com

Snell&Wilmer LL.P.
Donald L. Gaffney
dgaffney@swlaw.com

Squire, Sanders & Dempsey, LLP
Jeffrey A. Marks
jemarks@ssd.com

Stroock & Stroock & Lavan LLP
Gerald Bender
gbender@stroock.com

Tannenbaum Helpern Syracuse & Hirschtritt LLP
Matthew Jacobs
jacobs@tanhelp.com

Skadden, Arps, Slate, Meagher & Flom LLP
Gregory Milmoe
jmilmoe@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
Jenelle M. Todryk
JTODRYK@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
Sally McDonald Henry
shenry@skadden.com

Snell & Wilmer L.L.P.
Steven Jerome
sjerome@swlaw.com

Squire, Sanders & Dempsey, LLP
Stephen D. Lerner
slerner@ssd.com

Stroock & Stroock & Lavan LLP
Joseph Minias
jminias@stroock.com

Tannenbaum Helpern Syracuse & Hirschtritt LLP
Wayne Davis
davis@tanhelp.com

Taylor Wessing Carmelite
Alison Goldthorp
A.Goldthorp@taylorwessing.com

Thatcher Proffitt & Wood LLP
Jesse Snyder
jsnyder@tpw.com

Thatcher Proffitt & Wood LLP
Jonathan Forstot
jforstot@tpw.com

The Everest Fund, LP
Peter Lamourex
Peter@Everestasset.com

The Seaport Group LLC
John Sosnowski
john@theseaportgroup.com

Togut, Segal & Segal LLP
Dawn L. Person
dperson@teamtogut.com

Torys LLP
Jason R. Adams
jadams@torys.com

Transcom Bank (Barbados) Ltd.
Fernando Balzaretti Kriete
fbalzaretti@idc.com.gt

Vedder, Price, Kaufman & Kammhoz, P.C.
Michael L. Schein
mschein@vedderprice.com

Drohan & Drohan LLP
Vivian R. Drohan
vivian_drohan@drony.com

VR Global Partners, LP
Richard Deitz
rdeitz@vr-capital.com

Wachovia Corporation Legal Division
Douglas Mundell
douglas.mundell@wachovia.com

Wachtell, Lipton, Rosen & Katz
Douglas K. Mayer
dkmayer@wlrk.com

Wachtell, Lipton, Rosen & Katz
Philip Mindlin
pmindlin@wlrk.com

Wander & Associates
David H. Wander
dwander@wanderlaw.com

William Pearson
wpnoticelist@yahoo.com

Williams, Barristers & Attorneys
D. Justin Williams
Justin.williams@williams.bm

Willkie Farr & Gallagher LLP
Daniel McElhinney
dmcelhinney@willkie.com

Willkie Farr & Gallagher LLP
Michael Kelly
mkelly@willkie.com

Willkie Farr & Gallagher LLP
Ryan Cannata
rcannata@willkie.com

Winston & Strawn LLP
Bruce Braun
bbraun@winston.com

Winston & Strawn LLP
C. MacNeil Mitchell; Denise Cunsolo
dcunsolo@winston.com

Winston & Strawn LLP
Courtney Engelbrecht Barr
cbarr@winston.com

Winston & Strawn LLP
David Neier
dneier@winston.com

Winston & Strawn LLP
David Wirt
dwirt@winston.com

Winston & Strawn LLP
M. Philipp
MPhilipp@winston.com

Wolff & Samson PC
David Ravin
dravin@wolffsamson.com

Zane and Rudofsky
Eric S. Horowitz
esh@zrlex.com

Zane and Rudofsky
James Zane
jbzane@zrlex.com