**Objection Deadline: June 5, 2006 at 5:00 p.m.**
**Hearing Date: June 8, 2006 at 10:00 a.m.**

Luc A. Despins (LD 5141)
Scott A. Edelman (SE 5247)
**MILBANK, TWEED, HADLEY & McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
Counsel for Official Committee
of Unsecured Creditors
of Refco Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REFCO INC., et al., | Case No. 05-60006 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING FOR SUPPLEMENTAL MOTION OF OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR ORDER, UNDER**
**11 U.S.C. § 1103(C) AND BANKRUPTCY RULE 2004,**
**DIRECTING PRODUCTION OF DOCUMENTS**
**BY CERTAIN PERSONS**

PLEASE TAKE NOTICE THAT a hearing (the "Hearing") to consider the

Supplemental Motion Of Official Committee Of Unsecured Creditors, for Order pursuant to

section 1103(c) of Title 11, United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy

Code") and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

directing the production of documents, shall be heard before the Honorable Robert D. Drain,

United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York, 10004, at

10.00 a.m. on June 8, 2006.

PLEASE TAKE FURTHER NOTICE THAT interested parties may object to the

Motion by filing an objection with the Bankruptcy Court, with a courtesy copy to Chambers,

**Objection Deadline: June 5, 2006 at 5:00 p.m.**
**Hearing Date: June 8, 2006 at 10:00 a.m.**

Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on or

before June 5, 2006 at 5.00 p.m. (New York time) and serving such objection on: (i) Milbank,

Tweed, Hadley & McCloy LLP, counsel for the Committee, 1 Chase Manhattan Plaza, New

York, New York 10005, Attention: Luc A. Despins, Esq. and Scott A. Edelman, Esq.;

(ii) Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the Debtors, Four Times Square,

New York, New York 10036, Attention: J. Gregory Milmoe, Esq. and Sally McDonald Henry,

Esq.; (iii) the Office the United States Attorney for the Southern District of New York, 1 St.

Andrews Plaza New York, NY 10007, Attention: David Esseks, Esq.; (iv) the Office of the

United States Trustee, 33 Whitehall Street, Suite 2100, New York, New York 10004, Attention:

Andrew Velez-Rivera, Esq. (v) the Examiner, McKenna Long & Aldridge LLP, 1900 K Street,

NW, Washington, DC 20006-1108, Attention: Joshua R. Hochberg, Esq.; and (vi) the RCM

Trustee, Bingham McCutchen LLP, 399 Park Avenue, New York, NY 10022-4689, Attention:

Tina L. Brozman, Esq.; so as to be actually received by such deadline.

PLEASE TAKE FURTHER NOTICE THAT any objecting parties are required to

attend the Hearing, and failure to appear may result in relief being granted or denied upon

default.

Dated:  New York, NY
           May 23, 2006

MILBANK, TWEED, HADLEY & McCLOY LLP

_____/s/  Scott Edelman_____
Luc A. Despins (LD 5141)
Scott A. Edelman (SE 5247)
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
Counsel for Official Committee
of Unsecured Creditors  of Refco Inc., et al.