UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
      In re                        :   Chapter 11
                                   :
   Refco Inc.                      :   Case No. 05-60006 (RDD)
                                   :
              Debtor.              :   (Jointly Administered)
                                   :
       Tax Id. No. 20-2537426      :
---------------------------------- x
                                   :
      In re                        :   Chapter 11
                                   :
   Lind-Waldock Securities LLC     :   Case No. 06-11262 (RDD)
                                   :
              Debtor.              :
                                   :
       Tax Id. No. 36-4347338      :
---------------------------------- x
                                   :
      In re                        :   Chapter 11
                                   :
   Refco Managed Futures LLC       :   Case No. 06-11261 (RDD)
                                   :
              Debtor.              :
                                   :
       Tax Id. No. 11-3477632      :
---------------------------------- x
                                   :
      In re                        :   Chapter 11
                                   :
   Westminster-Refco Management LLC :  Case No. 06-11260 (RDD)
                                   :
              Debtor.              :
                                   :
       Tax Id. 36-3331509          :
---------------------------------- x

## ORDER AUTHORIZING JOINT ADMINISTRATION

Upon the motion, dated June 5, 2006 (the "Motion"), of Refco Inc. ("Refco") and certain of its direct and indirect subsidiaries and affiliates (the "Affiliate Debtors" and, together with Refco, the "Initial Debtors"), Lind-Waldock Securities LLC ("Lind Waldock"), Refco Managed Futures LLC ("Futures"), and Westminster-Refco Management LLC ("Westminster") (Westminster, together with Lind Waldock and Futures, the "Additional Debtors") (the Initial Debtors and the Additional Debtors, collectively the "Debtors"), debtors and debtors-in-possession in the above-captioned cases, for an order authorizing the joint administration of the Initial Debtors' and the Additional Debtors' separate chapter 11 cases for procedural purposes only; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 05-60006 (RDD) in accordance with the provisions of Bankruptcy Rule 1015, and the joint caption of the cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| Refco Inc., et al., | : Case No. 05-60006 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       3.    All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of Refco Inc., et al., Case No. 05-60006 (RDD), and a docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Lind-Waldock Securities LLC, Refco Managed Futures LLC, and Westminster-Refco Management LLC, and the jointly-administered cases of: Refco Inc.; Bersec International LLC; Kroeck & Associates, LLC; Marshall Metals, LLC; New Refco Group Ltd., LLC; Refco Administration, LLC; Refco Capital LLC; Refco Capital Holdings, LLC; Refco Capital Management, LLC; Refco Capital Markets, Ltd.; Refco Capital Trading, LLC; Refco Finance Inc.; Refco Financial, LLC; Refco Fixed Assets Management, LLC; Refco F/X Associates, LLC; Refco Global Capital Management LLC; Refco Global Finance Ltd.; Refco Global Futures, LLC; Refco Global Holdings, LLC; Refco Group Ltd., LLC; Refco Information Services, LLC; Refco Mortgage Securities, LLC; Refco Regulated Companies, LLC; and Summit Management, LLC.  The docket in Case No. 05-60006 (RDD) should be consulted for all matters affecting this case.

3

4. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. The requirement under Local Bankruptcy Rule 9013-1(b) for the service and filing of a separate memorandum of law is satisfied by the Motion.

Dated:   New York, New York
         June 9, 2006

           /s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE