SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
J. Gregory Milmoe (JGM 0919)
Sally McDonald Henry (SH 0839)

Attorneys for Refco Inc., et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                   :
In re                                :        Chapter 11
                                   :
Refco Inc., et al.,                :        Case No. 05 - 60006 (RDD)
                                   :
                Debtors.        :        (Jointly Administered)
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF STATUS CONFERENCE

       PLEASE TAKE NOTICE that a status conference regarding the Motion To Convert Refco Capital Markets, Ltd.'s Chapter 11 Proceeding To A Chapter 7 Stockbroker Liquidation Under Subchapter III [Docket No. 777] and all pleadings and Court orders related hereto, including the Court's oral ruling on March 14, 2006, will be held on **June 16, 2006 at 10:00 a.m.** before Honorable Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Room 610, One Bowling Green, New York, NY 10004.

Dated:  New York, New York
        June 13, 2006

                                SKADDEN, ARPS, SLATE, MEAGHER
                                    & FLOM LLP

By: */s/ Sally McDonald Henry*
J. Gregory Milmoe (JGM 0919)
Sally McDonald Henry (SMH 0839)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Refco Inc., et. al.,
Debtors and Debtors-in-Possession