UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re:                                              :         Chapter 11

REFCO INC., et al.,                                           Case No. 05-60006 (RDD)
                                                    :         Jointly Administered
                Debtors.
                                                    :

----------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

1.  TO:         Multiplicas Casa de Bolsa ("Transferor")
                Avenida Francisco de Miranda
                Torre La Primera, Piso 3
                Campo Alegre
                Caracas, Venezuela
                  *with copies to:*
                Multiplicas Casa de Bolsa
                848 Brickell Ave.
                Suite 745
                Miami, FL 33131
                and
                Chadborne & Parke LLP
                30 Rockefeller Plaza
                New York, New York 10112
                Attn: Christy Rivera, Esq.

2.   Please take notice of the transfer of $2,724,084.00 of your claim against **Refco Capital Markets, Ltd. (Case No. 05-60018)** referenced in the proof of claim, the first page of which is attached hereto, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

                Claims Liquidation Corporation ("Transferee")
                383 Madison Avenue
                New York, NY 10179
                Attention: Laura Torrado

3.   No action is required if you do not object to the transfer of the Transferred Claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

        **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
                Clerk of the Court
                United States Bankruptcy Court
                Southern District of New York
                One Bowling Green
                New York, New York 10004-1408

        **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**
                Refer to **INTERNAL CONTROL NO.____** in your objection.

4.   If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: _____, __ 2006

                                                                        _____
                                                                        Clerk of the Court
**FOR CLERK'S OFFICE USE ONLY:**
040-3086/COURT/934114.2

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy (Check): Claims Agent:_____ Transferee: _____ Debtor's Attorney: _____

_____
Deputy Clerk

040-3086/COURT/934114.2

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Multiplicas Casa de Bolsa ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Claims Liquidation Corporation ("Assignee") all of its right, title, interest its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $2,724,084.00 against with Refco Capital Markets, Ltd. (the "Debtor"), Chapter 11 Case No. 05-60018 (RDD) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), identified on the schedule annexed hereto, and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10 day of August, 2006.

MULTIPLICAS CASA DE BOLSA

By: _____
Name of person signing  HUGO ORTEGA
Title of person signing  Director

CLAIMS LIQUIDATION CORPORATION

By: _____
Name of person signing _____
Title of person signing _____

040-3086/AGR/922476.4

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Multiplicas Casa de Bolsa ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Claims Liquidation Corporation ("Assignee") all of its right, title, interest in its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $2,724,084.00 against with Refco Capital Markets, Ltd. (the "Debtor"), Chapter 11 Case No. 05-60018 (RDD) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), identified on the schedule annexed hereto, and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th day of August, 2006.

MULTIPLICAS CASA DE BOLSA

By: _____
Name of person signing _____
Title of person signing _____

CLAIMS LIQUIDATION CORPORATION

By: _____
Name of person signing John McDermott
Title of person signing Authorised Signatory

040-3086/AGR/922476.4

## SCHEDULE I

## ASSIGNED ACCOUNTS

10011351

| REFCO CAPITAL MARKETS, LTD. CUSTOMER CLAIM FORM | UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| Specific debtor against which this claim is asserted: Refco Capital Markets, Ltd. Case No. 05-60018 (RDD)<br><br>Notices relating to this Claim should be sent to:<br><br>Multiplicas Casa de Bolsa<br>Avenida Francisco de Miranda<br>Torre La Primera, Piso 3<br>Campo Alegre<br>Caracas, Venezuela<br>Attn: Pedro Lopez<br><br>with a copy to:<br><br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>Attn: Christy Rivera, Esq.<br>Email: crivera@chadbourne.com | **INSTRUCTIONS**<br>1. Carefully read these instructions before completing.<br>2. This form should not be used to make a claim for post-petition administrative expenses arising after the commencement of the case (10/17/2005). A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.<br>3. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions.<br>  a) Type of claim – check the box next to the appropriate type of claim.<br>  b) Net Liquidation Value of Account – Enter the value of the securities in the boxes provided. Value must be specified in U.S. dollars.<br>  c) Social Security/Tax Payer Identification – Enter the last 4 digits of your social security OR tax payer identification number.<br>  d) Signature – Sign, date and print your name and title.<br>4. Mail completed form to: / Hand Deliver completed form to:<br>United States Bankruptcy Court / United States Bankruptcy Court<br>Southern District of New York / Southern District of New York<br>Attn: Refco Int. Claims / Attn: Refco Int. Claims<br>Docketing Center / Docketing Center<br>Bowling Green Station / One Bowling Green, Room 534<br>P.O. Box 5175 / New York, New York 10004-1408<br>New York, New York 10274-5175<br><br>Form must be received no later than July 17, 2006 at 5:00 pm prevailing Eastern Time. No exceptions will be accepted. Upon receipt of the claim, the claims agent will mail you an acknowledgment. |

**1. Type of Claim**
- [X] Constructive Trust
- [X] Refund of Property
- [ ] Guarantee
- [ ] Unsecured Nonpriority Claim

**2. Net Liquidation Value of Account (denomination in US Dollars only):**
U.S. $ _____ See Addendum _____

**3. Social Security/Tax Payer Identification Number:**
Last 4 Digits of Your Social Security #: [ ][ ][ ][ ]

OR

Tax Payer Identification #: _____

**4. Signature:**
SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach power of attorney, if any):

_[signature]_

Printed Name: Pedro Lopez

Date (mm/dd/yyyy): 0 7 / 1 1 / 2 0 0 6

Title: President of Multiplicas Casa de Bolsa

NY3 - 415152.01