UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

REFCO INC. et al.,

              Debtors.

:    Chapter 11
      Case No. 05-60006 (RDD)
:    Jointly Administered
:
:

-----------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

1.     TO:         Banesco Banco Universal C.A.,
                      Banesco Banco Universal Branch Panama,
                      Banesco International Inc.; and
                      Banesco International Corp. (collectively, "Transferor")
                      Av. Ppal. Las Mercedes
                      Torre Banesco 1, Piso 8 Caracas, Venezuela
                      *with copies to:*
                      Banesco Banco Universal C.A.,
                      Banesco Banco Universal Branch Panama,
                      Banesco International Inc.; and
                      Banesco International Corp.
                      848 Brickell Ave.
                      Suite 745
                      Miami, FL 33131
                      and
                      Chadborne & Park, LLP
                      30 Rockefeller Plaza
                      New York, New York 10112
                      Attn: Christy Rivera, Esq.

2.       Please take notice of the transfer of $52,671,000.00 of your claim against **Refco Capital Markets, Ltd. (Case No. 05-60018)** referenced in the proof of claim, the first page of which is attached hereto, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

                      Claims Liquidation Corporation ("Transferee")
                      383 Madison Avenue
                      New York, NY 10179
                      Attention: Laura Torrado

3.       No action is required if you do not object to the transfer of the Transferred Claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

                      **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
                      Clerk of the Court
                      United States Bankruptcy Court
                      Southern District of New York
                      One Bowling Green
                      New York , New York 10004-1408

                      **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**
                      Refer to **INTERNAL CONTROL NO.____** in your objection.

4.       If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

040-3086/COURT/934042.2

Dated: _____, __ 2006

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy (Check): Claims Agent:_____ Transferee: _____ Debtor's Attorney: _____

_____
Deputy Clerk

040-3086/COURT/934042.2

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledge , Banesco Banco Universal C.A., Banesco Banco Universal Branch Panama, Banesco International Inc. (f/k/a Banesco Banco Internacional (Panama) S.A.) and Banesco Interna onal Corp. (f/k/a Banesco Banco Internacional de Puerto Rico) (collectively, "Assignor") hereb unconditionally and irrevocably sells, transfers and assigns to Claims Liquidation Corpora on ("Assignee") all of its right, title, interest in its claim (as such term is defined in Section 1( (5) of the U.S. Bankruptcy Code) in the aggregate amount of $52,671,000.00 against with Ref  Capital Markets, Ltd. (the "Debtor"), Chapter 11 Case No. 05-60018 (RDD) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), identified on the schedule annexed hereto, and any and all proofs of laim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fulles extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 o the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy ules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an rder of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder o the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested p ties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th day of August, 2006.

BANESCO BANCO UNIVERSAL BRANC
PANAMA

By:
Name:
Title:

BANESCO INTERNATIONAL INC. (f/k/a
Banesco Banco Internacional (Panama) S.A.)

By: _____
Name:
Title:

BANESCO BANCO UNIVERSAL C.A.

By: _____
Name:
Title:

BANESCO INTERNATIONAL CORP. (f/k/a
Banesco Banco Internacional de Puerto Rico)

By: _____
Name:
Title:

CLAIMS LIQUIDATION CORPORATION

By: _____
Name of person signing _____
Title of person signing _____

BANESCO INTERNATIONAL INC. (f/k/a
Banesco Banco Internacional (Panama) S.A.)


By:_____
Name:
Title:


BANESCO BANCO UNIVERSAL C.A.


By:_____
Name:
Title:


BANESCO INTERNATIONAL CORP. (f/k/a
Banesco Banco Internacional de Puerto Rico)

By:_____
Name:
Title:


CLAIMS LIQUIDATION CORPORATION

By:_____
Name of person signing _Jim McDonell_
Title of person signing _Authorized Agent_

## SCHEDULE I

### ASSIGNED ACCOUNTS

Banesco Banco Universal, C.A. -- Account No. 10009744
Banesco Banco Universal Branch Panama -- Account No. 10011344
Banesco International Corp. (formerly Banesco Banco Internacional de Puerto Rico) -- Account No. 10012862
Banesco International Inc. (formerly Banesco Banco Internacional (Panama)) -- Account No. 10012250

| REFCO CAPITAL MARKETS, LTD.<br>CUSTOMER CLAIM FORM | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| Specific debtor against which this claim is asserted:<br><br>Refco Capital Markets, Ltd.<br>Case No. 05-60018 (RDD)<br><br>Notices relating to this Claim should be sent to:<br><br>Banesco Holding, C.A.<br>Banesco Banco Universal, C.A.<br>Banesco Banco Universal Panama Branch<br>Banesco Banco Internacional de Puerto Rico<br>Banesco Banco Internacional (Panama) S.A.<br>Av. Ppal. Las Mercedes<br>Torre Banesco I, Piso 8<br>Caracas, Venezuela<br>Attn: Carlos Benshimol<br><br>with a copy to:<br><br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>Attn: Christy Rivera, Esq.<br>Email: crivera@chadbourne.com | **INSTRUCTIONS**<br>1. Carefully read these instructions before completing.<br>2. **This form should not be used to make a claim for post-petition administrative expense arising after the commencement of the case (10/17/2005).** A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.<br>3. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions.<br>   a) Type of Claim – check the box next to the appropriate type of claim<br>   b) Net Liquidation Value of Account - Enter the value of the securities in the boxes provided. **Value must be specified in U.S. dollars.**<br>   c) Social Security/Tax Payer Identification – Enter the last 4 digits of your social security OR tax payer identification number<br>   d) Signature – sign, date and print your name and title<br>4. Mail completed form to:    or   Hand Deliver completed form to:<br>United States Bankruptcy Court    United States Bankruptcy Court<br>Southern District of New York    Southern District of New York<br>Attn: Refco Inc. Claims    Attn: Refco Inc. Claims<br>    Docketing Center      Docketing Center<br>Bowling Green Station    One Bowling Green, Room 534<br>P.O. Box 5175    New York, New York 10004-1408<br>New York, New York 10274-5175 |

**1. Type of Claim**
- ☒ Constructive Trust
- ☐ Guarantee
- ☒ Return of Property
- ☐ Unsecured Nonpriority Claim

**2. Net Liquidation Value of Account (denomination in US Dollars only):**

U.S. $ _____See Addendum_____

**3. Social Security/Tax Payer Identification Number:**

Last 4 Digits of Your Social Security #: [ ][ ][ ][ ]

**OR**

Tax Payer Identification #: _____

**4. Signature:**

SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach power of attorney, if any).

Signature
Printed Name: Miguel Angel Marcano

[ ] / [ ] / 2 0 0 6
Date (mm/dd/yyyy)

Title: President of Banesco Holding, C.A.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

THIS SPACE IS FOR COURT USE ONLY

JUL 14 2006

NY3 - 416711.01