UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

In Re:                                              Chapter 11 Case No.
                                                    05-60006 (RDD)

    Refco Inc.
                Debtors:


CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, DATED October 26, 2006
DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.