UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:                                                            :        Chapter 11

REFCO INC. et al.,                                                         Case No. 05-60006 (RDD)
                                                                  :        Jointly Administered
                         Debtors.
                                                                  :

-------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:      Banesco Banco Universal C.A.,
              Banesco Banco Universal Branch Panama,
              Banesco International Inc.; and
              Banesco International Corp. (collectively, "Transferor")
              Av. Ppal. Las Mercedes
              Torre Banesco 1, Piso 8 Caracas, Venezuela
                with copies to:
              Banesco Banco Universal C.A.,
              Banesco Banco Universal Branch Panama,
              Banesco International Inc.; and
              Banesco International Corp.
              848 Brickell Ave.
              Suite 745
              Miami, FL 33131
              and
              Chadborne & Park, LLP
              30 Rockefeller Plaza
              New York, New York 10112
              Attn: Christy Rivera, Esq.

2.   Please take notice of the transfer of $52,671,000.00 of your claim described in the attached Evidence of Transfer, together with all applicable interest, fees and expenses related thereto, and any and all proofs of claim filed in connection therewith, including Proof of Claim Nos. 10125 and 10532 through 10558 (the "Transferred Claim") to:

              Claims Liquidation Corporation ("Transferee")
              383 Madison Avenue
              New York, NY 10179
              Attention: Laura Torrado

3.   No action is required if you do not object to the transfer of the Transferred Claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

         **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
              Clerk of the Court
              United States Bankruptcy Court
              Southern District of New York
              One Bowling Green
              New York, New York 10004-1408

         **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**
         Refer to **INTERNAL CONTROL NO.____** in your objection.

4.   If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

040-3302/COURT/1035974.1

Dated: _____, __ 2006

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy (Check): Claims Agent:_____ Transferee: _____ Debtor's Attorney: _____

_____
Deputy Clerk

040-3302/COURT/1035974.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledge, Banesco Banco Universal C.A., Banesco Banco Universal Branch Panama, Banesco International Inc. (f/k/a Banesco Banco Internacional (Panama) S.A.) and Banesco Interna onal Corp. (f/k/a Banesco Banco Internacional de Puerto Rico) (collectively, "Assignor") hereb unconditionally and irrevocably sells, transfers and assigns to Claims Liquidation Corpora on ("Assignee") all of its right, title, interest in its claim (as such term is defined in Section 1( (5) of the U.S. Bankruptcy Code) in the aggregate amount of $52,671,000.00 against with Ref  Capital Markets, Ltd. (the "Debtor"), Chapter 11 Case No. 05-60018 (RDD) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), identified on the schedule annexed hereto, and any and all proofs of laim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on th books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fulles extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 o the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy ules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an rder of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder o the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested p ties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th day of August, 2006.

BANESCO BANCO UNIVERSAL BRANC
PANAMA

By: _____
Name:
Title:

BANESCO INTERNATIONAL INC. (f/k/a
Banesco Banco Internacional (Panama) S.A.)

By: _____
Name:
Title:

BANESCO BANCO UNIVERSAL C.A.

By: _____
Name:
Title:

BANESCO INTERNATIONAL CORP. (f/k/a
Banesco Banco Internacional de Puerto Rico)

By: _____
Name:
Title:

CLAIMS LIQUIDATION CORPORATION

By: _____
Name of person signing _____
Title of person signing _____

BANESCO INTERNATIONAL INC. (f/k/a
Banesco Banco Internacional (Panama) S.A.)

By:_____
Name:
Title:

BANESCO BANCO UNIVERSAL C.A.

By:_____
Name:
Title:

BANESCO INTERNATIONAL CORP. (f/k/a
Banesco Banco Internacional de Puerto Rico)

By:_____
Name:
Title:

CLAIMS LIQUIDATION CORPORATION

By:_____
Name of person signing _Jim McDonett_
Title of person signing _Authorized Agent_