UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :

REFCO INC., et al.,                                            :   Chapter 11
                                                                   Case No. 05-60006 (RDD)
                                                               :   Jointly Administered
            Debtors.
                                                               :

---------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

1.  TO:        Multiplicas Casa de Bolsa ("Transferor")
               Avenida Francisco de Miranda
               Torre La Primera, Piso 3
               Campo Alegre
               Caracas, Venezuela
                  *with copies to:*
               Multiplicas Casa de Bolsa
               848 Brickell Ave.
               Suite 745
               Miami, FL  33131
               and
               Chadborne & Parke LLP
               30 Rockefeller Plaza
               New York, New York 10112
               Attn: Christy Rivera, Esq.

2.     Please take notice of the transfer of $2,724,084 of your claim described in the attached Evidence of Transfer, together with all applicable interest, fees and expenses related thereto, and any and all proofs of claim filed in connection therewith, including Proof of Claim Nos. 10727 through 10754 (the "Transferred Claim") to:

               Claims Liquidation Corporation ("Transferee")
               383 Madison Avenue
               New York, NY 10179
               Attention: Laura Torrado

3.     No action is required if you do not object to the transfer of the Transferred Claim as described above.  **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

               **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
                    Clerk of the Court
                    United States Bankruptcy Court
                    Southern District of New York
                    One Bowling Green
                    New York, New York 10004-1408

               **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**
               Refer to **INTERNAL CONTROL NO.**____ in your objection.

4.     If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: _____, __ 2006

040-3302/COURT/1036007.1                                      Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy (Check): Claims Agent:_____ Transferee: _____ Debtor's Attorney: _____

_____
Deputy Clerk

040-3302/COURT/1036007.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Multiplicas Casa de Bolsa ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Claims Liquidation Corporation ("Assignee") all of its right, title, interest its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $2,724,084.00 against with Refco Capital Markets, Ltd. (the "Debtor"), Chapter 11 Case No. 05-60018 (RDD) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), identified on the schedule annexed hereto, and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10 day of August, 2006.

MULTIPLICAS CASA DE BOLSA

By: _____
Name of person signing  HUGO ORTEGA
Title of person signing  DIRECTOR

CLAIMS LIQUIDATION CORPORATION

By: _____
Name of person signing _____
Title of person signing _____

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Multiplicas Casa de Bolsa ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Claims Liquidation Corporation ("Assignee") all of its right, title, interest in its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $2,724,084.00 against with Refco Capital Markets, Ltd. (the "Debtor"), Chapter 11 Case No. 05-60018 (RDD) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), identified on the schedule annexed hereto, and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th day of August, 2006.

MULTIPLICAS CASA DE BOLSA

By:_____
Name of person signing_____
Title of person signing _____

CLAIMS LIQUIDATION CORPORATION

By:_____
Name of person signing John McDermott
Title of person signing Authorized Signatory