UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:

REFCO INC.,
et al.,

    Debtors.
---------------------------------------------------------x

Chapter 11
Case No. 05-60006 (RDD)
Jointly Administered

Claim Number: 10470

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

1.  To:    Sabby Mionis ("Transferor")
        c/o Capital Management Advisors North America, Inc.
        909 Third Avenue, 26th Floor
        New York, NY 10022
        Attention: Andrew Steinvurzel

2.  Please take notice of the transfer of $184,653.37 of your claim against **Refco Capital Markets, Ltd. (Case No. 05-60018)** originally held by Sabby Mionis, including any and all proofs of claim filed in connection therewith, including the proof of claim, the first page of which is attached hereto, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

        Claims Liquidation Corporation ("Transferee")
        383 Madison Avenue, 8th Floor
        New York, NY 10179
        Attention: Laura L. Torrado, Esq.

3.  No action is required if you do not object to the transfer of the Transferred Claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

    **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

        Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York
        615-3 Alexander Hamilton Custom House
        One Bowling Green
        New York , New York 10004-1408

    **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**
    Refer to **INTERNAL CONTROL NO.** _____ in your objection.

4.  If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: _____, ____ 2007

                                                                    _____
                                                                    Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
INTERNAL CONTROL NO._____Copy (Check): Claims Agent:_____ Transferee:_____ Debtor's
Attorney: _____
                                                                    _____
                                                                    Deputy Clerk

040-3379/COURT/1128692.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, MR. SABBY MIONIS ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CLAIMS LIQUIDATION CORPORATION ("Assignee") all of his right, title, interest in his claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $184,653.37 arising from Assignee's accounts with Refco Capital Markets (the "Debtor"), Chapter 11 Case No. 05-60018 (RDD) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), identified on the schedule annexed hereto, and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, listed for purposes of the Bankruptcy Court's records as claim no. 10470.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26th day of January, 2007

MR. SABBY MIONIS

By: _____
Name: Andrew Szeinuk_____
Title: Attorney-in-fact / authorized signer

CLAIMS LIQUIDATION CORPORATION

By: _____
Name: _____
Title: _____

040-3379/AGR/1118304.2

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

    For value received, the adequacy and sufficiency of which are hereby acknowledged, MR. SABBY MIONIS ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CLAIMS LIQUIDATION CORPORATION ("Assignee") all of his right, title, interest in his claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $184,653.37 arising from Assignee's accounts with Refco Capital Markets (the "Debtor"), Chapter 11 Case No. 05-60018 (RDD) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), identified on the schedule annexed hereto, and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, listed for purposes of the Bankruptcy Court's records as claim no. 10470.

    Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26th day of January, 2007

                              MR. SABBY MIONIS

                              By: _____
                              Name: _____
                              Title: _____

                              CLAIMS LIQUIDATION CORPORATION

                              By: _____
                              Name: _____
                              Title: JOHN MCDERMOTT
                                      VICE PRESIDENT

040-3379/AGR/1118304.2

| REFCO CAPITAL MARKETS, LTD. CUSTOMER CLAIM FORM | UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| Specific debtor against which this claim is asserted:<br><br>REFCO CAPITAL MARKETS, LTD.<br>Chapter 11 Case No. 05-60018<br><br>Name and address where notices should be sent:<br><br>Name: Mr. Sabby Mionis<br>Address: c/o Capital Management Advisors<br>North America, Inc.<br>909 Third Ave., 26th Floor<br>New York, NY 10022<br>Attn: Andrew Steinvurzel<br><br>TEL: (212) 609-2559 | INSTRUCTIONS<br>1. Carefully read these instructions before completing.<br>2. This form should not be used to make a claim for post-petition administrative expense arising after the commencement of the case (10/17/2005). A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.<br>3. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions.<br>  a) Type of Claim – check the box next to the appropriate type of claim<br>  b) Net Liquidation Value of Account – Enter the value of the securities in the boxes provided. Value must be specified in U.S. dollars.<br>  c) Social Security/Tax Payer Identification – Enter the last 4 digits of your social security OR tax payer identification number<br>  d) Signature – sign, date and print your name and title<br>4. Mail completed form to:    or    Hand Deliver completed form to:<br>United States Bankruptcy Court    United States Bankruptcy Court<br>Southern District of New York    Southern District of New York<br>Attn: Refco Inc. Claims    Attn: Refco Inc. Claims<br>Docketing Center    Docketing Center<br>Bowling Green Station    One Bowling Green, Room 534<br>P.O. Box 5175    New York, New York 10004-1408<br>New York, New York 10274-5175<br><br>Form must be received no later than July 17, 2006, at 5:00 p.m. prevailing Eastern Time. No facsimiles will be accepted. Upon receipt of this claim, the claims agent will mail you an acknowledgement. |

1. Type of Claim

☐ Constructive Trust    ☐ Guarantee
☒ Return of Property    ☐ Unsecured Nonpriority Claim

2. Net Liquidation Value of Account (denomination in US Dollars only) as of 10/25/2005:

U.S. $ | | |1|9|4|0|6|8|0|6| (see Schedule attached)

3. Social Security/Tax Payer Identification Number:
Last 4 Digits of Your Social Security #: ☐☐☐☐
OR
Tax Payer Identification #: ☐☐☐☐☐☐☐☐☐

4. Signature:
SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach power of attorney, if any).

_[signature]_
Signature
A|N|D|R|E|W| |S|T|E|I|N|V|U|R|Z|E|L
Printed Name
0|7|/|1|4|/|2|0|0|6
Date (mm/dd/yyyy)
A|U|T|H|O|R|I|Z|E|D| |S|I|G|N|A|T|O|R|Y
Title

THIS SPACE IS FOR COURT USE ONLY

Penalty for presenting fraudulent claims: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0006    0001